**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | | |
|---|---|---|
| **FAITH SAKALA,** | * | |
| **PLAINTIFF,** | * | |
| v. | * | CASE NO.: PWG-16-790 |
| **BERNADETTE TEMBO MILUNGA,** *et al.*, | * | |
| **DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

I have reviewed Plaintiff Faith Sakala's Motion for Attorneys' Fees and Expenses, ECF Nos. 106 and 110; Magistrate Judge Charles Day's Report and Recommendation, ECF No. 115; Defendants' Objection to the Report and Recommendation, ECF No. 116; Plaintiff's Motion to Strike Objection, ECF No. 117; and Defendants' Response to Plaintiff's Motion to Strike, ECF No. 118. Plaintiff moves to strike Defendants' 69-page objection as untimely, but Defendants assert that they filed it within fourteen days of receipt of Judge Day's Report and Recommendation. The Objection does not, however, provide a basis for reaching a conclusion on Plaintiff's Motion for Attorneys' Fees and Expenses other than the one that Judge Day recommended in his thorough and well-reasoned Report and Recommendation.

Accordingly, it is, this <u>4th</u> day of <u>February</u>, <u>2019</u> hereby ORDERED that:

1. Plaintiff's Motion to Strike Objection, ECF No. 117, IS DENIED;

2. Defendants' Objection, ECF No. 116, IS OVERRULED;

3. Judge Day's Report and Recommendation, ECF No. 115, IS ADOPTED AS AN ORDER OF THE COURT, as follows:

   a. Plaintiff's Motion for Attorneys' Fees and Expenses, ECF Nos. 106 & 110, IS GRANTED IN PART, as follows: Plaintiff is awarded attorneys' fees in the amount of $73,443.34 and costs in the amount of $10,482.33; and

   b. Insofar as Plaintiff sought a greater award for fees and costs, her Motion IS DENIED;

5. This Order, which incorporates by reference the Preliminary Order of Judgment, ECF No. 104, is a final judgment within the meaning of Fed. R. Civ. P. 58; and

4. The Clerk of the Court shall send copies of this Order to the parties and CLOSE this case.

                      /S/
                      Paul W. Grimm
                      United States District Judge

lyb